PETER SMALL, PLAINTIFF, v. MARTIN M. SCHUNKE, DE-
FENDANT-PETITIONER, AND PENNSYLVANIA THRESH-
ERMEN, *ETC.*, INSURANCE COMPANY, DEFENDANT-RE-
SPONDENT.

See same case below: 80 *N. J. Super.* 97.

*Mr. John W. Taylor* and *Mr. John R. Kingsland* for the petitioner.

*Messrs. Gurry & Conlan* for the respondent.

November 11, 1963.   Granted.

BLANCH BROWN, PLAINTIFF-PETITIONER, v. ROSE M.
TORLUCCI, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Fred Freeman* and *Miss Janet W. Freeman* for the petitioner.

*Messrs. Shanley & Fisher, Mr. Frederick B. Lacey* and *Mr. Raphael G. Jacobs* for the respondents.

November 11, 1963.   Denied.